UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOYCE SPEARS

VERSUS

STATE OF LOUISIANA AND
LOUISIANA COMMISSION ON
LAW ENFORCEMENT

CIVIL ACTION

NO. 09-905-BAJ-CN

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 20, 2011. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the Motion for Summary Judgment (doc. 17) filed by the defendant, State of Louisiana, Commission on Law Enforcement, shall be **GRANTED**, and the plaintiff's claim shall be **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, February 8, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA